B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Columbia | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Specialty Hospital of America, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years**<br>(include married, maiden, and trade names):<br>Specialty Hosptial of America; SHA; SHA - LLC | **All Other Names used by the Joint Debtor in the last 8 years**<br>(include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**<br>(if more than one, state all):<br>1347 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**<br>(if more than one, state all): |
| **Street Address of Debtor (No. and Street, City, and State):**<br>60 State Street, Suite 1500<br>Boston, Massachusetts<br>ZIP CODE 02109 | **Street Address of Joint Debtor (No. and Street, City, and State):**<br>ZIP CODE |
| **County of Residence or of the Principal Place of Business:** | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):**<br>ZIP CODE | **Mailing Address of Joint Debtor (if different from street address):**<br>ZIP CODE |
| **Location of Principal Assets of Business Debtor (if different from street address above):**<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9    Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>    Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** * | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**\* Estimates are consolidated for all related debtors.**

B1 (Official Form 1) (04/13)                                                                                           Page 2

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | **Name of Debtor(s):** Specialty Hospital of America, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)** | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)** | | |
|---|---|---|
| Name of Debtor: See attached. | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____ Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Specialty Hospital of America, LLC |
|---|---|

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Patrick J. Potter, Esq.
Printed Name of Attorney for Debtor(s)
Pillsbury Winthrop Shaw Pittman LLP
Firm Name
2300 N Street, NW
Washington, DC 20037
Address
202-663-8928
Telephone Number
05/21/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Edwin Clark
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
05/21/2014
Date

## Schedule to Petition

The following list identifies all of the affiliated entities, including the debtor filing this petition (collectively, the "**Debtors**"), that contemporaneously with the filing of this petition have filed voluntary petitions for relief or consented to entry of an order for relief (in the case of Specialty Hospital of Washington, LLC) under chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy for the District of Columbia. The Debtors have filed a motion requesting that their chapter 11 cases be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

1. Specialty Hospital of America, LLC

2. SHA Holdings, Inc.

3. SHA Management, LLC

4. Specialty Hospital of Washington, LLC

5. Specialty Hospital of Washington Nursing Center, LLC

6. Specialty Hospital of Washington Hadley, LLC

7. SHA Hadley SNF, LLC

## CERTIFICATE REGARDING RESOLUTIONS OF THE BOARD OF DIRECTORS OF SPECIALTY HOSPITAL OF AMERICA, LLC

Edwin Clark, Senior Vice President and Chief Financial Officer of Specialty Hospital of America, LLC, a Delaware limited liability company (the "**Debtor**"), certifies that the Board of Directors of the Debtor adopted the unanimous resolutions attached as <u>Exhibit A</u> at a duly convened meeting of the Board of Directors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2014

SPECIALTY HOSPITAL OF AMERICA, LLC

By: _____
Edwin Clark
Senior Vice President & Chief Financial Officer

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## SPECIALTY HOSPITAL OF AMERICA, LLC

The Board of Directors (the "Board") of Specialty Hospital of America, LLC (the "Company"), a Delaware limited liability company, have adopted the following resolutions at a special meeting of the Board held on May 18, 2014.

WHEREAS, the Board has considered (i) the difficulties the Company has experienced in recent years in obtaining the debt and equity financing required to sustain operations, notwithstanding comprehensive and broad-based efforts to obtain such financing, (ii) the financial and operational aspects of the Company's business, (iii) the Company's future prospects and financial performance and condition, (iv) current industry, economic and market conditions and trends in the markets in which the Company competes, and (v) the current status of the Company in light of recent events; and

WHEREAS, the Board has received, reviewed and considered various other documents and information and has had the advice of counsel and other professional advisors concerning various options available to the Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of the U.S. Bankruptcy Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED, that Edwin Clark, the Senior Vice President and Chief Financial Officer (the "Authorized Officer") is authorized and empowered to execute, verify and file on behalf of the Company all petitions, schedules, lists, and other papers or documents, and, subject to approval by the Board, to take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to successfully prosecuting such case; and it is

FURTHER RESOLVED, that, subject to approval by the Board, the Authorized Officer of the Company is authorized and empowered: (a) to obtain post-petition financing for the Company according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; (b) to pledge and agree to such liens on the Company's assets and claim priorities as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith and subject to approval by the Board, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is

FURTHER RESOLVED, that the Authorized Officer is hereby authorized to make decisions with respect to all aspects of the management and operation of the Company's business including, without limitation, organization, human resources, marketing, asset sales, logistics,

1

finance, administration, oversight, of the prosecution of the Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he deems necessary or appropriate in his sole and reasonable discretion consistent with the business judgment rule, subject to appropriate approval and governance by the Board of Directors of the Company, in accordance with the Company's articles of incorporation and bylaws, applicable laws and the orders of the bankruptcy court; and it is

FURTHER RESOLVED, that the previous retention by the Company's management of Alvarez and Marsal Healthcare Industry Group, LLC ("A&M") as financial consultant and advisor to the Company to assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to advance the Company's rights in connection therewith, is hereby approved and ratified, and the Authorized Officer is hereby authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of A&M; and it is

FURTHER RESOLVED, that the previous retention by the Company's management of Cain Brothers & Company, LLC ("Cain") as investment banker and advisor to the Company to assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to advance the Company's rights in connection therewith, is hereby approved and ratified, and the Authorized Officer is hereby authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Cain; and it is

FURTHER RESOLVED, that the previous retention by the Company's management of the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") as bankruptcy counsel to the Company to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, is hereby approved and ratified, and the Authorized Officer is hereby authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Pillsbury; and it is

FURTHER RESOLVED, that the Authorized Officer is authorized and empowered to employ on behalf of the Company any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is

FURTHER RESOLVED, that, subject to the foregoing resolutions and requisite approval of the Board, the Authorized Officer is authorized and empowered to take on behalf of the Company any and all actions, to execute, deliver, certify, file or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 proceeding; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by the Authorized Officer or the Directors in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

James Rappaport
As Member of the Board of Directors

Robert Rummler
As Member of the Board of Directors

Frank Wilich
As Member of the Board of Directors

FURTHER RESOLVED, that, subject to the foregoing resolutions and requisite approval of the Board, the Authorized Officer is authorized and empowered to take on behalf of the Company any and all actions, to execute, deliver, certify, file or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 proceeding; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by the Authorized Officer or the Directors in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

James Rappaport
As Member of the Board of Directors

Robert Rummler
As Member of the Board of Directors

Frank Wilich
As Member of the Board of Directors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, *et al.*,

Debtors.[1]

Case No. 14-00279

Chapter 11

(Joint Administration Requested)

### CERTIFICATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

Specialty Hospital of America, LLC ("**SHA**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to the best of its knowledge and consistent with SHA's books and records. SHA will supplement its List of Equity Security Holders to the extent additional information regarding SHA's equity security holders becomes available.

Specialty Hospital of Washington, LLC ("**SHDC**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to the best of its knowledge and consistent with SHDC's books and records. SHDC will supplement its List of Equity Security Holders to the extent additional information regarding SHDC's equity security holders becomes available.

Specialty Hospital of Washington Nursing Center, LLC ("**SHDC Nursing Center**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to

[1]   The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976).

the best of its knowledge and consistent with SHDC Nursing Center's books and records. SHDC Nursing Center will supplement its List of Equity Security Holders to the extent additional information regarding SHDC Nursing Center's equity security holders becomes available.

Specialty Hospital of Washington Hadley, LLC ("**Hadley**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to the best of its knowledge and consistent with Hadley's books and records. Hadley will supplement its List of Equity Security Holders to the extent additional information regarding Hadley's equity security holders becomes available.

SHA Hadley SNF, LLC ("**Hadley Nursing Center**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to the best of its knowledge and consistent with Hadley Nursing Center's books and records. Hadley Nursing Center will supplement its List of Equity Security Holders to the extent additional information regarding Hadley Nursing Center's equity security holders becomes available.

SHA Holdings, Inc. ("**Holdings**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to the best of its knowledge and consistent with Holdings' books and records. Holdings will supplement its List of Equity Security Holders to the extent additional information regarding Holdings' equity security holders becomes available.

SHA Management, LLC ("**Management**"), a debtor and debtor in possession, hereby certifies under penalty of perjury that the List of Equity Security Holders, attached hereto as Exhibit A, is true and correct to the best of its knowledge and consistent with Management's books and records. Management will supplement its List of Equity Security Holders to the extent additional information regarding Management's equity security holders becomes available.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2014                SPECIALTY HOSPITAL OF WASHINGTON, LLC

By: _____
        Edwin Clark
        Senior Vice President & Chief Financial Officer

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, *et al.*,

Debtors.[1]

Case No. 14-00279

Chapter 11

(Joint Administration Requested)

## DEBTORS' LIST OF EQUITY SECURITY HOLDERS

I.   **Specialty Hospital of America, LLC**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), attached as <u>Exhibit 1</u> is the list of equity security holders for debtor Specialty Hospital of America, LLC.

II.   **Specialty Hospital of Washington, LLC**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of equity security holders for debtor Specialty Hospital of Washington, LLC:

| Name | Mailing Address | Equity Interest Percentage |
|------|-----------------|----------------------------|
| Specialty Hospital of America, LLC | 60 State Street, Suite 1500 Boston, MA  02109 | 100% |

III.   **Specialty Hospital of Washington Nursing Center, LLC**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of equity security holders for debtor Specialty Hospital of Washington Nursing Center, LLC:

---

[1]   The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are:  Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976).

| Name | Mailing Address | Equity Interest Percentage |
|---|---|---|
| Specialty Hospital of America, LLC | 60 State Street, Suite 1500 Boston, MA 02109 | 100% |

## IV.  Specialty Hospital of Washington – Hadley, LLC

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of equity security holders for debtor Specialty Hospital of Washington Hadley, LLC:

| Name | Mailing Address | Equity Interest Percentage |
|---|---|---|
| Specialty Hospital of America, LLC | 60 State Street, Suite 1500 Boston, MA 02109 | 99.99% |
| SHA Holdings, Inc. | 60 State Street, Suite 1500 Boston, MA 02109 | .01% |

## V.  SHA Hadley SNF, LLC

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of equity security holders for debtor SHA Hadley SNF, LLC:

| Name | Mailing Address | Equity Interest Percentage |
|---|---|---|
| Specialty Hospital of Washington Hadley, LLC | 4601 Martin Luther King Jr. Avenue, SW Washington, DC 20032 | 100% |

## VI.  SHA Holdings, Inc.

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of equity security holders for debtor SHA Holdings, Inc.:

| Name | Mailing Address | Equity Interest Percentage |
|---|---|---|
| Specialty Hospital of America, LLC | 60 State Street, Suite 1500 Boston, MA 02109 | 100% |

## VII.   SHA Management, LLC

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the

list of equity security holders for debtor SHA Management, LLC:

| Name | Mailing Address | Equity Interest Percentage |
|------|----------------|---------------------------|
| Specialty Hospital of America, LLC | 60 State Street, Suite 1500 Boston, MA  02109 | 100% |

Dated: May 21, 2014                    Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

Andrew M. Troop (*pro hac vice* application pending)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for Debtors*

## EXHIBIT 1
List of Equity Security Holders for Specialty Hospital of America, LLC

| Subscriber | Address | # of Units | % Interest |
|---|---|---|---|
| **CLASS A UNITS** | | | |
| TWF Limited Partnership | PO Box 208 Bethlehem, NH 03574 | 609,583 | 17.086% |
| Robert Rummler, Sr. | 1074 Vanarsdall Road Harrodsburg, KY 40330 | 570,209 | 15.983% |
| Eric Rieseberg | 28370 Terrazza Lane Naples , FL  34110 | 570,209 | 15.983% |
| Paul Meister | One Liberty Lane Hampton, NH 03842 | 520,066 | 14.577% |
| Gary J. Hofstetter | 75 State Street, 12th Floor Boston, MA 02109 | 22,523 | 0.631% |
| Peter A. Hofstetter | 52 Arroyo del Alamo Cir. Ranchos de Taos, NM 87557 | 45,045 | 1.263% |
| J. Michael Schnell | 1825 Sand Dollar Way Vero Beach, FL 32963 | 45,045 | 1.263% |
| Frodo Investments LLC/James W. Rappaport, Jr. | 75 State Street, 12th Floor Boston, MA 02109 | 40,000 | 1.121% |
| Dragonrider LLC/Jessica V. Rappaport | 75 State Street, 12th Floor Boston, MA 02109 | 40,000 | 1.121% |
| Joshua R. Rappaport | 75 State Street, 12th Floor Boston, MA 02109 | 40,000 | 1.121% |
| JW Rappaport SEP | 75 State Street, 12th Floor Boston, MA 02109 | 40,000 | 1.121% |
| CC Rappaport IRA | 75 State Street, 12th Floor Boston, MA 02109 | 10,000 | 0.280% |
| James W. Rappaport | 75 State Street, 12th Floor Boston, MA 02109 | 362,727 | 10.167% |
| Jerry Rappaport, Jr. | PO Box 812027 Wellesley, MA 02482-0012 | 50,000 | 1.401% |
| Jill Glist | 75 State Street, 12th Floor Boston, MA 02109 | 25,000 | 0.701% |
| Jonathan Rapaport | 75 State Street, 12th Floor Boston, MA 02109 | 25,000 | 0.701% |

| Subscriber | Address | # of Units | % Interest |
|---|---|---|---|
| **CLASS A1 UNITS** | | | |
| Ann Mariea Freyne | 9 Elm Street<br>Salisbury, MA  01952 | 5,000 | 0.140% |
| **CLASS B UNITS** | | | |
| Eiteljorg Limited Partnership | 9950 Spring Mill Road<br>Indianapolis, IN 46290 | 12,500 | 0.350% |
| Mary Ellen Esser | 22300 Lakeview Lane<br>Panama City Beach, FL 32413 | 2,500 | 0.070% |
| Patrick J. Gallagher | 135 Wood Road<br>Braintree, MA 02184 | 5,000 | 0.140% |
| Edward Goeas | 1409 Coventry Lane<br>Alexandria, VA 22304 | 5,000 | 0.140% |
| Robert C. Grant | Robert Grant<br>c/o Lynn Jennings<br>37 S. Davis Street<br>Woodbury, NJ 08096 | 20,000 | 0.561% |
| JLR Progeny Trust | PO Box 812027<br>Wellesley, MA  02482-0012 | 10,000 | 0.280% |
| Frederick L. Jones and Nadine L. Jones | 104 Iron Valley Drive<br>Lebanon, PA 17042 | 5,000 | 0.140% |
| Brian H. and Susan M. Kavoogian | 66 Fiske Road,<br>Wellesley, MA 02481 | 10,000 | 0.280% |
| William F. Leisman, III | 800 South Street, Suite 650<br>Waltham, MA 02154 | 10,000 | 0.280% |
| Peter Maich | 15 Linden Drive,<br>Cohasset, MA 02025 | 12,500 | 0.350% |
| William A. McAvoy | 6 Grist Mill Lane,<br>Natick, MA 01760 | 2,500 | 0.070% |
| Paul Meister | One Liberty Lane,<br>Hampton, NH 03842 | 50,000 | 1.401% |
| Martha Meyers | 1721 Supreme Court<br>Naples, FL 34110 | 5,000 | 0.140% |
| West Bay Interests, LLC | 255 Country Club Rd.<br>Dedham, MA  02026 | 50,000 | 1.401% |
| James W. Rappaport | 75 State Street, 12th Floor<br>Boston, MA 02109 | 83,500 | 2.340% |
| James W. Rappaport SEP | 75 State Street, 12th Floor<br>Boston, MA 02109 | 10,000 | 0.280% |

| Subscriber | Address | # of Units | % Interest |
|---|---|---|---|
| Felix D. and Mary Louise Rappaport Living Trust 1999 u/a/d 11/2/99 | 1 Hazelhurst Pass Henderson, NV 89052 | 10,000 | 0.280% |
| Dragonrider LLC | 75 State Street, 12th Floor Boston, MA 02109 | 12,100 | 0.330% |
| Frodo Investments LLC | 75 State Street, 12th Floor Boston, MA 02109 | 12,100 | 0.339% |
| Jereome L. Rappaport, Jr. | PO Box 812027 Wellesley, MA 02482-0012 | 12,000 | 0.336% |
| Joshua R. Rappaport | 75 State Street, 12th Floor Boston, MA 02109 | 12,100 | 0.339% |
| Jerome Lyle Rappaport | 75 State Street, 12th Floor Boston, MA 02109 | 12,000 | 0.336% |
| Eric Rieseberg | 28370 Terrazza Lane Naples , FL 34110 | 10,000 | 0.280% |
| Colby Robertson | 16003 Caldera Lane Naples, FL 34110 | 15,000 | 0.420% |
| Robert Rummler, Sr. | 1074 Vanarsdall Road Harrodsburg, KY 40330-9179 | 10,000 | 0.280% |
| Steven R. Sommer Trust (1/26/04) | 51 Oxford Ave. Mill Valley, CA 94941 | 10,000 | 0.280% |
| Fernand J. Vachon 1987 Trust | 1 Ebenezers Way Hallis, NH 03049 | 12,500 | 0.350% |
| Richard J. Valentine | 135 Wood Road Braintree, MA 02184 | 25,000 | 0.701% |
| Frank J. Wilich, Jr. | P0 Box 669 Bethlehem, NH 03574 | 10,000 | 0.280% |
| Jacob Schnell | 1825 Sand Dollar Way Vero Beach, FL 32963 | 2,000 | 0.056% |
| Adam Schnell | 1825 Sand Dollar Way Vero Beach, FL 32963 | 2,000 | 0.056% |
| Rebekka Schnell | 1825 Sand Dollar Way Vero Beach, FL 32963 | 2,000 | 0.056% |
| Judy and Timothy Maloney | PO Box 3569 Sedona, AZ 86340 | 10,000 | 0.280% |
| John M. Ransom | 1000 Main Street, 36th Floor Houston, TX 77002 | 5,000 | 0.140% |
| Brian F. and Kathryn M. Wells | 12015 Brewster Drive Tampa, FL 33626 | 5,000 | 0.140% |
| Suzanne M. Brown 1994 Trust | Post Office Box 523 74 Cranfield Street | 10,000 | 0.280% |

| Subscriber | Address | # of Units | % Interest |
|---|---|---|---|
| James W. Rappaport | 75 State Street, 12th Floor<br>Boston, MA 02109 | 5,000 | 0.140% |
| James M. Little | *Primary Residence* (Nov.-April):<br>Sailfish Point 6400 SE<br>Harbor Circle Stuart, FL 34996<br>*Secondary Residence* (May-Oct.):<br>The Club at Longview<br>307 Oakmont Lane<br>Weddington, NC 28173 | 15,000 | 0.420% |
| Dr. Manisha Singal | 704 Fitzhugh Way<br>Alexandria, VA 22314 | 10,000 | 0.280% |
| Henry J. Vaughn | 400 Rifton Court<br>Upper Marlboro, MD 20774 | 10,000 | 0.280% |
| Cecelia C. Rappaport | 75 State Street, 12th Floor<br>Boston, MA 02109 | 4,000 | 0.112% |
| Gail M. Monterosso | South Pond Farm, # 17<br>1136 Barker Road<br>Pittsfield, MA 01201 | 5,000 | 0.140% |
| | **Total Class A Units:** | 3,015,407 | 84.519% |
| | **Total Class A1 Units:** | 5,000 | 0.140% |
| | **Total Class B Units:** | 547,300 | 15.340% |
| | **TOTAL UNITS:** | 3,567,707 | 100% |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, *et al.*,

Debtors.[1]

Case No. 14-00279

Chapter 11

(Joint Administration Requested)

## CERTIFICATE REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

Edwin Clark, Senior Vice President and Chief Financial Officer of Specialty Hospital of

America, LLC and its affiliates (collectively, the "**Debtors**"), the debtors and debtors in

possession, certifies that the consolidated list of the creditors holding the thirty-five largest

unsecured claims, attached hereto as Exhibit A (the "**List of Creditors**"), is true and correct to

the best of his knowledge and is consistent with the Debtors' books and records. The Debtors

will supplement the List of Creditors to the extent additional information becomes available

regarding the creditors holding the thirty-five largest unsecured claims against the Debtors.

The information contained in the List of Creditors is based on a review of each Debtor's

books and records. However, the Debtors have not conducted a comprehensive legal or factual

investigation regarding the accuracy of the information or possible defenses to the claims.

Therefore, the List of Creditors does not, and should not be deemed to, constitute: (i) an

acknowledgement of the accuracy of the identity of any creditor or the validity of any claim or

the amount of any claim; (ii) an acknowledgement of the allowability of any claim; or (iii) a

wavier of the Debtors' rights or defenses. Further, the Debtors do <u>not</u> concede that any creditor

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976).

404506674v1

listed on the List of Creditors is a properly secured creditor holding a valid, perfected security

interest, and each Debtor reserves the right to dispute any such claim by a creditor.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 21, 2014          SPECIALTY HOSPITAL OF WASHINGTON, LLC


                             By: /s/ Edwin Clark _____
                                 Edwin Clark
                                 Senior Vice President & Chief Financial Officer

Form B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF WASHINGTON,
LLC, *et al.*,

Debtors.[1]

Case No. 14-00279

Chapter 11

(Joint Administration Requested)

## CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 35 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims. If a minor child is one of the creditors holding the 35 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| PEPCO | 1300 N 17th Street<br>Suite 1600<br>Arlington, VA 22209<br>202-835-1017 | Utility | contingent, unliquidated, disputed | $2,527,161.48 |
| DC Treasurer | Office of Tax & Rev<br>1101 4th St, SW<br>Washington, DC 20024<br>202-442-8051 | Taxes | contingent, unliquidated, disputed | $2,051,950.94 |
| Cogent Hospital Management | PO Box 645037<br>Cincinnati, OH 45264<br>615-377-5600 | Trade Debt | contingent, unliquidated, disputed | $1,109,372.51 |
| Metropolitan Medical Group | 704 Fitz Hugh Way<br>Alexandria, VA 22314<br>202-546-5700 | Trade Debt | contingent, unliquidated, disputed | $920,100.00 |
| Capitol Hill Group | 700 Constitution Avenue, NE<br>Washington, DC 20002<br>202-543-4213 | Lease | contingent, unliquidated, disputed | $915,647.46 |

---

[1]    The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976).

## CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Washington Gas | PO Box 37747<br>Philadelphia, PA 19101<br>703-750-1000 | Utility | contingent,<br>unliquidated,<br>disputed | $728,751.73 |
| Morrison Management Special | PO Box 102289<br>Atlanta, GA 30368-2289<br>202-675-0400 ext 2514 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $507,869.75 |
| United States Treasury | 1111 Constitution Avenue, NE<br>Washington, DC 20224<br>202-435-5758 | Taxes | contingent,<br>unliquidated,<br>disputed | $469,107.19 |
| Recover Case Equipment Solu | 895 Central Avenue<br>Suite 600<br>Cincinnati, OH 45202<br>888-750-7828 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $435,789.56 |
| Direct Supply Equipment, Inc. | 6767 North Industrial Rd<br>Milwaukee, WI 53288-0201<br>414-465-8551 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $403,804.21 |
| H.D. Smith | 670 Belleville Turnpike<br>Kearny, NJ 07032<br>888-552-2526 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $390,833.28 |
| Ergo Rehab Management Group | 1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, DC 20036<br>202-261-6598 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $340,761.41 |
| PriceWaterhouseCoopers LLC | PO Box 7247-8001<br>Philadelphia, PA 19170-8001<br>617-530-7120 | Accounting<br>Services | contingent,<br>unliquidated,<br>disputed | $321,116.00 |
| Bonner, Kiernan, Trebach | 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>202-712-7000 | Legal Services | contingent,<br>unliquidated,<br>disputed | $302,112.48 |
| DC Water & Sewer Authority | PO Box 97200<br>Washington, DC 20090<br>202-354-3600 | Utility | contingent,<br>unliquidated,<br>disputed | $302,015.03 |
| Constellation New Energy | PO Box 414578<br>Boston, MA 02241<br>410-470-1904 | Utility | contingent,<br>unliquidated,<br>disputed | $294,693.88 |
| Hill-ROM | PO Box 643592<br>Pittsburgh, PA 15264<br>812-931-3971 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $282,011.22 |
| Shook, Hardy & Bacon, LLP | 1155 F Street, NW<br>Suite 200<br>Washington, DC 20004<br>202-783-8400 | Legal Services | contingent,<br>unliquidated,<br>disputed | $247,187.19 |
| Therapy Systems, Inc. | 1993 Moreland Parkway<br>Suite 9<br>Annapolis, MD 21401<br>888-204-4516 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $241,928.89 |
| Rosenau & Rosenau | 1304 Rhode Island Avenue, NW<br>Washington, DC 20005<br>202-387-8680 | Legal Services | contingent,<br>unliquidated,<br>disputed | $237,420.70 |
| C.P.S.I. | PO Box 850309<br>Mobile, AL 36685<br>251-639-8100 | Trade Debt | contingent,<br>unliquidated,<br>disputed | $235,437.81 |

## CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| American Boiler, Inc. | 5649-M General Washington Dr. Alexandria, VA 22312 703-941-3000 | Trade Debt | contingent, unliquidated, disputed | $218,766.60 |
|---|---|---|---|---|
| Rath, Young and Pignatelli | One Capital Plaza Concord, NH 03302 603-226-2600 | Legal Services | contingent, unliquidated, disputed | $200,146.15 |
| Pepper Hamilton LLP | 3000 Two Logan Square 18th and Arch Streets Philadelphia, PA 19103 215-981-4000 | Legal Services | contingent, unliquidated, disputed | $191,113.05 |
| Reed Smith, LLP | 1301 K Street, NW Suite 1100 – East Tower Washington, DC 20005-3373 202-414-9485 | Legal Services | contingent, unliquidated, disputed | $177,550.31 |
| Porter Hedges, LLP | Dept 510 PO Box 4346 Houston, TX 77210-4346 713-226-6565 | Legal Services | contingent, unliquidated, disputed | $175,406.25 |
| Favorite Healthcare | 7255 West 98th Terrace Suite 150 Overland Park, KS 66212 913-383-9733 ext 323 | Trade Debt | contingent, unliquidated, disputed | $164,927.71 |
| Remedi Seniorcare | PO Box 62083 Baltimore, MD 21264 443-927-8400 | Trade Debt | contingent, unliquidated, disputed | $138,392.85 |
| TIC Construction, LLC | 6800 Bock Road Ft. Washington, MD 20744 304-674-9369 | | contingent, unliquidated, disputed | $127,825.95 |
| W&J Biomedical, Inc. | 7204 King Richard Drive Upper Marlboro, MD 20772 410-917-4986 | Trade Debt | contingent, unliquidated, disputed | $107,640.21 |
| Freedom Medical, Inc. | PO Box 822704 Philadelphia, PA 19182 610-903-0200 ext 109 | Trade Debt | contingent, unliquidated, disputed | $90,716.42 |
| DCHA | Attn: DOES 1152 15th Street, NW Suite 900 Washington, DC 20053 202-682-1581 | Taxes | contingent, unliquidated, disputed | $89,603.40 |
| Cigna Healh & Life Insurance Company | PO Box 644546 Pittsburgh, PA 15264-4546 800-592-9219 | Trade Debt | contingent, unliquidated, disputed | $86,957.46 |
| Mayer Brown LLP | 230 South LaSalle Street Chicago, IL 60604 312-782-0600 | Legal Services | contingent, unliquidated, disputed | $85,810.68 |
| Carl Marks Advisory Group | 900 Third Avenue 33rd Floor New York, NY 10022-4775 212-909-8400 | Investment Services | contingent, unliquidated, disputed | $85,310.26 |