**OFLB21 (1/07)**



In Re: **Specialty Hospital of America, LLC**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **14–00295**
Chapter: **11**

**ORDER DIRECTING DEBTOR TO FILE**
**B–21 STATEMENT OF SOCIAL SECURITY NUMBER**
=================

   The debtor filed the Voluntary Petition on 05/21/2014. The petition was not accompanied by a proper Form B–21 Statement of Social Security Number, as required by Federal Rule of Bankruptcy Procedure 1007(f). It is hereby

   ORDERED that the debtor shall file the Form B–21 Statement of Social Security Number within seven (7) days of the date of this order. Failure to comply with this order may result in a dismissal of this case with prejudice.

Copies to: Debtor(s); Attorney for the Debtor(s) (if any).

Dated:  5/22/14

For the Court:
Clerk of the Court

By:
mr