Form B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF AMERICA, LLC<br><br>Debtor. | Case No. 14-00295<br><br>Chapter 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| BB&T | 1909 K Street, NW<br>2nd Floor<br>Washington, DC 20006<br>202-835-9247 |  |  | TBD |
| National Capital Bank | 316 Pennsylvania Avenue, SE<br>Washington, DC 20003<br>202-546-8000 |  |  | TBD |
| JWR Realty | 60 State Street<br>Suite 1500<br>Boston, MA 02109<br>617-878-7740 |  |  | TBD |
| Quorum Health Resources, LLC | 105 Continental Place<br>Brentwood, TN 37027<br>615-371-7979<br>497 Bratnson Court, Suite 201<br>Mount Pleasant, SC 29464<br>843-388-8883 | Litigation | contingent, disputed | $413,210.00 |
| LNM Enterprises, Inc. | 4908 Flower Valley Drive<br>Rockville, MD 20853<br>240-345-5833 | Litigation | contingent, disputed | $366,194.00 |
| Sodexo Operations, LLC | 2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202-955-1983 | Litigation | contingent, disputed | $349,333.81 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Barton & Associates, Inc. | 28 State Street<br>Boston, MA 02109<br>617-720-2626 | Litigation | contingent, disputed | $136,863.00 |
| PNCEF, LLC | 541 Buttermilk Pike<br>Suite 500<br>PO Box 175710<br>Kentucky<br>859-426-1300 | Litigation | contingent, disputed | $113,379.58 |
| VGM Financial Services | 315 E. 5th Street<br>PO Box 596<br>Waterloo, IA 50704<br>319-234-5701 | Litigation | contingent, disputed | $25,596.30 |