# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case Nos. 14-00279 and 14-00295 through 14-00300<br><br>(Chapter 11)<br><br>(Jointly Administered Under Case No. 14-00279) |

## NOTICE OF ORDER DIRECTING JOINT ADMINISTRATION

TO CREDITORS AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, on May 28, 2014, the U.S. Bankruptcy Court for the District of Columbia entered an Order directing the joint administration of Case No. 14-00279 and Case Nos. 14-00295 through 14-00300.

**Any proof of claim (and any amendment thereto), and any notice of transfer of claim, shall nevertheless be filed in and bear the original caption and Case Number for the case of the debtor against whose estate the claim is filed or transferred.** A notice of a bar date for filing claims will be issued to each creditor, and will indicate the case(s) to which the creditor's claim(s) relate(s). (Prior to entry of a bar date notice, the debtors' schedules will reflect the creditors in each case.)

**All other papers filed by a creditor should be filed in Case No. 14-00279 bearing the joint administration caption.** The docket in Case No. 14-00279 should be consulted for all matters affecting the jointly administered cases (other than those limited papers already filed prior to the order for joint administration; each debtor's schedules and statement of financial affairs under Rule 1007(b)(1) and its list under Rule 1007(d), papers required to be filed in each individual case; and proofs of claim and papers relating to transfers of claims).

---

[1] The debtors in these chapter 11 cases and each debtor's federal identification number ("EIN") and chapter 11 case number are: Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300).

Dated: June 6, 2014

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        /s/ *Patrick Potter*
        Patrick Potter (426514)
        Jerry Hall (976461)
        Dania Slim (991689)
        2300 N Street, NW
        Washington, DC 20037-1122
        Telephone: (202) 663-8000
        Facsimile: (202) 663-8007
        patrick.potter@pillsburylaw.com
        jerry.hall@pillsburylaw.com
        dania.slim@pillsburylaw.com

        Andrew M. Troop (admitted *pro hac vice*)
        1540 Broadway
        New York, NY 10036-4039
        Telephone: (212) 858-1000
        Facsimile: (212) 858-1500
        andrew.troop@pillsburylaw.com

        *Counsel for Debtors*