# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF AMERICA, LLC,<br><br>Debtor. | Case No. 14-00295<br><br>Chapter 11 |

## NOTICE OF CLAIM LISTED AS
## DISPUTED, CONTINGENT OR UNLIQUIDATED

**PLEASE TAKE NOTICE** that on June 9, 2014, Specialty Hospital of America, LLC (the "**Debtor**") filed with the U.S. Bankruptcy Court for the District of Columbia (the "**Court**") its Schedules of Assets and Liabilities (the "**Schedules**").

**Your claim has been listed on the Schedules as disputed, contingent, or unliquidated.**

You have the right to file a proof of claim. **Failure to timely file a proof of claim** may prevent you from voting on a plan of reorganization or participating in any distribution thereunder. Notice of the deadline to file a proof of claim will be sent at a later time.

Additional information regarding the Debtor's bankruptcy case, including a copy of the Schedules can be obtained by: (a) written request to the Debtor's counsel, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122 (Attn: Dania Slim; dania.slim@pillsburylaw.com); (b) accessing the Court's website at http://www.dcb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); or (c) at http://www.kccllc.net/specialtyhospital.

**If you have any questions related to this notice, please call (877) 759-8816**

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com


Andrew M. Troop (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for Debtor*