# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF AMERICA, LLC,<br><br>Debtor. | Case No. 14-00295<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

     I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the [proposed] claims and noticing agent for the Debtors in the above-captioned cases.

     On June 12, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class mail to the parties on the service list attached hereto as **Exhibit A**:

- **Notice of Claim Listed as Disputed, Contingent or Unliquidated** [attached hereto as **Exhibit B**]

Dated: June 16, 2014

                                                                                                */s/ Alvaro Salas, Jr.*
                                                                                                  Alvaro Salas, Jr.

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# Exhibit A

**Exhibit A**
**CUD Scheduled Claimants**
**Served via First Class**

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BARTON & ASSOCIATES, INC. | EDWARD KRILL | CARR MALONEY, PC | 2000 L STREET NW | SUITE 450 | WASHINGTON | DC | 20036 |
| DIRECT SUPPLY, INC. | DOUGLAS CROSNO | HOGAN LOVELLS US LLP, | COLUMBIA SQUARE | 555 THIRTEENTH STREET, NW | WASHINGTON | DC | 20004 |
| PNCEF, LLC | DEBRA PLEATMAN | 541 BUTTERMILK PIKE, SUITE 500 | PO BOX 175710 | | COVINGTON | KY | 41017-5710 |
| QUORUM HEALTH RESOURCES | | 105 CONTINENTAL PLACE | | | BRENTWOOD | TN | 37027 |
| RAPPAPORT, JAMES W. | | ADDRESS ON FILE | | | | | |
| RIESEBERG, ERIC F. | | ADDRESS ON FILE | | | | | |
| RUMMLER, ROBERT E., SR. | | ADDRESS ON FILE | | | | | |
| RUMMLER, ROBERT, SR. | | ADDRESS ON FILE | | | | | |
| SHA HADLEY SNF, LLC | | 4601 MARTIN LUTHER KING JR AVENUE, SW | | | WASHINGTON | DC | 20032 |
| SHA HOLDINGS, INC. | | 155 FLEET STREET | | | PORTSMOUTH | NH | 03801 |
| SHA MANAGEMENT, LLC | | 155 FLEET STREET | | | PORTSMOUTH | NH | 03801 |
| SODEXO OPERATIONS, LLC | WENDELL TAYLOR & JONATHAN LASKEN | 2200 PENNSYLVANIA AVENUE, N.W. | HUNTON & WILLIAMS LLP | | WASHINGTON | DC | 20037 |
| SPECIALTY HOSPITAL OF WASHINGTON HADLEY, LLC | | 4601 MARTIN LUTHER KING JR AVENUE, SW | | | WASHINGTON | DC | 20032 |
| SPECIALTY HOSPITAL OF WASHINGTON NURSING CENTER, LLC | | 700 CONSTITUTION AVE., NE | | | WASHINGTON | DC | 20002 |
| SPECIALTY HOSPITAL OF WASHINGTON, LLC | | 700 CONSTITUTION AVE., NE | | | WASHINGTON | DC | 20002 |
| UNITED STATES EX REL CHARLES MORSE, ET AL | NATHANIEL TARNOR, ESQ. | ONE PENNSYLVANIA PLAZA, 49TH FLOOR | | | NEW YORK | NY | 10119 |
| UNITED STATES OF AMERICA | US ATTORNEYS OFFICE FOR THE DISTRICT OF COLUMBIA | BRIAN P. HUDAK, ASSISTANT UNITED STATES ATTORNEY | 555 FOURTH STREET, NW | | WASHINGTON | DC | 20530 |
| VGM FINANCIAL SERVICES (RESPIRONICS) | EMILY C. BARTEKOSKE | CLARK, BUTLER, WALSH & HAMANN | 315 E. 5TH STREET | P.O. BOX 596 | WATERLOO | IA | 50704 |
| WILICH, FRANK J., JR. | | ADDRESS ON FILE | | | | | |

# Exhibit B

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF AMERICA, LLC,<br><br>Debtor. | Case No. 14-00295<br><br>Chapter 11 |

**NOTICE OF CLAIM LISTED AS
<u>DISPUTED, CONTINGENT OR UNLIQUIDATED</u>**

**PLEASE TAKE NOTICE** that on June 9, 2014, Specialty Hospital of America, LLC (the "**Debtor**") filed with the U.S. Bankruptcy Court for the District of Columbia (the "**Court**") its Schedules of Assets and Liabilities (the "**Schedules**").

<u>**Your claim has been listed on the Schedules as disputed, contingent, or unliquidated.**</u>

You have the right to file a proof of claim. **Failure to timely file a proof of claim** may prevent you from voting on a plan of reorganization or participating in any distribution thereunder. Notice of the deadline to file a proof of claim will be sent at a later time.

Additional information regarding the Debtor's bankruptcy case, including a copy of the Schedules can be obtained by: (a) written request to the Debtor's counsel, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122 (Attn: Dania Slim; dania.slim@pillsburylaw.com); (b) accessing the Court's website at http://www.dcb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); or (c) at http://www.kccllc.net/specialtyhospital.

**If you have any questions related to this notice, please call (877) 759-8816**

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for Debtor*