## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case Nos. 14-00295 |
| SPECIALTY HOSPITAL OF AMERICA, LLC, | Chapter 11 |
| Debtor. | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** of the attached <u>Exhibit A</u>, bank account statements of

Specialty Hospital of America, LLC, filed as a supplement to the Monthly Operating Report for

the Period June 2014 [Dkt. No. 31].

[*Remainder of page intentionally blank*]

Dated: July 25, 2014

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for Debtor*

# Exhibit A



```
410-01-01-00 12201  0 C 001 30   50 003
SPECIALTY HOSPITALS OF AMERICA LLC
AGT BB&T
COLLATERAL RESERVE ACCT 810681347
700 CONSTITUTION AVE NE
WASHINGTON DC  20002-6058
```

# Your account statement

## For 06/30/2014

### Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

### Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation s largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2014, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

---

### ■ COLLATERAL RESERVE CHECKING 0005162859228

#### Account summary

| | |
|---|---|
| Your previous balance as of 05/30/2014 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 10,088,443.82 |
| Deposits, credits and Interest | + 10,088,443.82 |
| Your new balance as of 06/30/2014 | = $0.00 |

#### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 1,343,332.96 |
| 06/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 48,845.01 |
| 06/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 2,553,560.66 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 203.19 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 104,308.07 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 225.35 |
| 06/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 891,555.61 |
| 06/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 17,012.73 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 1,722,022.35 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 14.05 |
| 06/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 5,764.65 |
| 06/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 520,000.00 |
| 06/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 130,166.76 |

*continued*

■ COLLATERAL RESERVE CHECKING 0005162859228 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 112,484.37 |
| 06/23 | SERVICE CHARGES - PRIOR PERIOD | 1,219.27 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 9,068.34 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 488,609.49 |
| 06/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 1,870,696.52 |
| 06/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 49,697.06 |
| 06/27 | Return Deposit Item    9999  99000060 | 1,600.00 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 160,750.30 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 57,307.08 |
| Total other withdrawals, debits and service charges | | = $10,088,443.82 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 15,332.96 |
| 06/02 | INCOMING WIRE TRANSFER WIRE REF# 20140602-00003179 | 1,328,000.00 |
| 06/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 8,837.43 |
| 06/03 | REMOTE DEPOSIT | 4,864.00 |
| 06/03 | REMOTE DEPOSIT | 10,263.58 |
| 06/03 | REMOTE DEPOSIT | 24,880.00 |
| 06/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 60.66 |
| 06/04 | REMOTE DEPOSIT | 563,500.00 |
| 06/04 | INCOMING WIRE TRANSFER WIRE REF# 20140604-00002874 | 1,990,000.00 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 203.19 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 1,216.00 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 27,810.24 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 75,281.83 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 225.35 |
| 06/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 186,573.00 |
| 06/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 303,899.00 |
| 06/10 | REMOTE DEPOSIT | 231.00 |
| 06/10 | REMOTE DEPOSIT | 23,032.00 |
| 06/10 | REMOTE DEPOSIT | 160,464.00 |
| 06/10 | REMOTE DEPOSIT | 217,356.61 |
| 06/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 4,526.42 |
| 06/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 12,486.31 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 73,256.68 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 640,597.31 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 1,008,168.36 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 14.05 |
| 06/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 617.04 |
| 06/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 5,147.61 |
| 06/18 | INCOMING WIRE TRANSFER WIRE REF# 20140618-00005124 | 520,000.00 |
| 06/19 | REMOTE DEPOSIT | 6,203.49 |
| 06/19 | REMOTE DEPOSIT | 24,349.83 |
| 06/19 | REMOTE DEPOSIT | 99,613.44 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 4,605.90 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 44,346.54 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 63,531.93 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 1,004.36 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 9,283.25 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 1,845.16 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 186,573.00 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 221,434.50 |
| 06/24 | REMOTE DEPOSIT | 507.98 |
| 06/24 | REMOTE DEPOSIT | 9,120.00 |
| 06/24 | REMOTE DEPOSIT | 34,437.69 |
| 06/24 | REMOTE DEPOSIT | 34,691.16 |
| 06/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 696.52 |
| 06/25 | INCOMING WIRE TRANSFER WIRE REF# 20140625-00008674 | 1,870,000.00 |
| 06/26 | REMOTE DEPOSIT | 8,767.59 |
| 06/26 | REMOTE DEPOSIT | 10,643.47 |

continued



■ COLLATERAL RESERVE CHECKING 0005162859228 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/26 | REMOTE DEPOSIT | 30,286.00 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 4,332.98 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 65,743.75 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 92,273.57 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 18,266.11 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 39,040.97 |
| Total deposits, credits and interest | | = $10,088,443.82 |



410-09-01-00 12209  0 C 001 30    50 003
**BNF SPECIALTY HOSPITALS OF AMERICA LLC**
**SPECIALTY HOSPITALS OF AMERICA LLC**
**700 CONSTITUTION AVE NE**
**WASHINGTON DC  20002-6058**

# Your account statement

For 06/30/2014

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

### Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation s largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2014, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

■ BUSINESS ANALYZED CHECKING 0005162784341

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/30/2014 | $188,009.03 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 7,694,015.65 |
| Deposits, credits and interest | + 10,085,624.55 |
| Your new balance as of 06/30/2014 | = $2,579,617.93 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 7,585.96 |
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 25,063.35 |
| 06/03 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784295 06-03-14 | 162,000.00 |
| 06/03 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005163020183 06-03-14 | 339,000.00 |
| 06/03 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 06-03-14 | 383,000.00 |
| 06/03 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162976925 06-03-14 | 94,000.00 |
| 06/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 9,342.58 |
| 06/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 350,141.46 |
| 06/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 100,000.00 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 2,494.65 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 6,124.54 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 494,415.82 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 16,312.33 |

*continued*

*Case 14-00295*

■ BUSINESS ANALYZED CHECKING 0005162784341 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 622,963.11 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 50,211.04 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 117,000.78 |
| 06/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 12,084.36 |
| 06/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 178,699.21 |
| 06/11 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005163020183 06-11-14 | 435,000.00 |
| 06/11 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 06-11-14 | 581,000.00 |
| 06/11 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162976925 06-11-14 | 84,000.00 |
| 06/11 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784295 06-11-14 | 223,000.00 |
| 06/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 303,390.06 |
| 06/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 74,146.54 |
| 06/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 267,574.01 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 79,603.01 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 82,245.43 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 35,639.03 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 155,859.09 |
| 06/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 17,798.40 |
| 06/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 107,898.33 |
| 06/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 6,894.89 |
| 06/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 7,579.71 |
| 06/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 10,500.00 |
| 06/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 18,933.30 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 412.88 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 10,898.16 |
| 06/23 | SERVICE CHARGES - PRIOR PERIOD | 4,884.81 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162901488 | 33.75 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 126,619.65 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 171,501.49 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 3,765.50 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 130,141.48 |
| 06/25 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005163020183 06-25-14 | 483,000.00 |
| 06/25 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784295 06-25-14 | 256,000.00 |
| 06/25 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 06-25-14 | 544,000.00 |
| 06/25 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162976925 06-25-14 | 90,000.00 |
| 06/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 5,707.36 |
| 06/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 8,262.01 |
| 06/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 208,100.36 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 70,719.27 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 91,255.36 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 12,850.64 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 14,361.94 |
| | Total other withdrawals, debits and service charges | = $7,694,015.65 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 1,343,332.96 |
| 06/03 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 48,845.01 |
| 06/04 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 2,553,560.66 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 203.19 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 104,308.07 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 225.35 |
| 06/10 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 891,555.61 |
| 06/11 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 17,012.73 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 1,722,022.35 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 14.05 |
| 06/17 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 5,764.65 |
| 06/18 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 520,000.00 |
| 06/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 130,166.76 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 112,484.37 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 9,068.34 |
| 06/24 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 488,609.49 |

*continued*

Case 14-00295



Page 3 of 4     06/30/14
DC     0005162784341
**DUPLICATE**

■ BUSINESS ANALYZED CHECKING 0005162784341 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 06/25 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 1,870,696.52 |
| 06/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 49,697.06 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 160,750.30 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 57,307.08 |
| Total deposits, credits and interest | | = $10,085,624.55 |