**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF AMERICA, LLC,<br><br>Debtor. | Case Nos. 14-00295<br><br>Chapter 11 |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** of the attached Exhibit A, bank account statements of Specialty Hospital of America, LLC, filed as a supplement to the Monthly Operating Report for the Period May 2014 [Dkt. No. 30].

[*Remainder of page intentionally blank*]

Dated: July 28, 2014

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        /s/ *Patrick Potter*
        Patrick Potter (426514)
        Jerry Hall (976461)
        Dania Slim (991689)
        2300 N Street, NW
        Washington, DC 20037-1122
        Telephone:  (202) 663-8000
        Facsimile:  (202) 663-8007
        patrick.potter@pillsburylaw.com
        jerry.hall@pillsburylaw.com
        dania.slim@pillsburylaw.com

        Andrew M. Troop (admitted *pro hac vice*)
        1540 Broadway
        New York, NY 10036-4039
        Telephone: (212) 858-1000
        Facsimile: (212) 858-1500
        andrew.troop@pillsburylaw.com

        *Counsel for Debtor*

# **Exhibit A**



```
410-01-01-00 12201  0 C 001 30   50 003
SPECIALTY HOSPITALS OF AMERICA LLC
AGT BB&T
COLLATERAL RESERVE ACCT 810681347
700 CONSTITUTION AVE NE
WASHINGTON DC  20002-6058
```

# Your account statement
For 05/30/2014

**Contact us**

 BBT.com

 (800) BANK-BBT or (800) 226-5228

---

**It Pays for Businesses to Stick Together.**

From now through June 30, 2014, BB&T business checking account holders who refer other businesses can earn up to $400 - $100 for each established business checking account with BB&T (limit four). In addition, as an added bonus each business referred will also receive a $100 deposit in their newly opened checking account*.

To find out more, contact your local Relationship Manager for details.

*This offer applies to clients that open a new business checking account at a participating BB&T financial center by June 30, 2014. The new business checking account must be the first checking account the business has with BB&T to be eligible for the offer. Business checking accounts opened through BBT.com or BB&T Phone24, savings accounts and personal checking accounts are not eligible. Information will be reported to the IRS as required. Referred individuals must present and submit a referral form at account opening. See your financial center for a supply of referral forms. By providing and accepting and using the coupon included in the referral form, each party acknowledges that the other party may be a client of BB&T. All measures to protect client-sensitive information and confidentiality apply. In addition, each party understands that failure to receive an account bonus means that a referred account did not meet the offer criteria and does not imply that an account application was denied.

BB&T, Member FDIC.
© 2014, Branch Banking and Trust Company. All rights reserved.

---

### ■ COLLATERAL RESERVE CHECKING 0005162859228

#### Account summary

| | |
|---|---:|
| Your previous balance as of 04/30/2014 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 1,454,232.90 |
| Deposits, credits and interest | + 1,454,232.90 |
| Your new balance as of 05/30/2014 | = $0.00 |

#### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/01 | Return Deposit Item    9999   99003144 | 120.00 |
| 05/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 7,987.10 |
| 05/02 | Return Deposit Item    9999   99000032 | 1,600.00 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 163,065.78 |
| 05/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 107,912.09 |
| 05/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 20,235.56 |
| 05/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 173,901.00 |
| 05/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 2,100.39 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 3,004.86 |
| 05/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 126,660.69 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 2,101.30 |
| 05/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 175.75 |

*continued*

## COLLATERAL RESERVE CHECKING 0005162859228 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 24,884.72 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 79,722.67 |
| 05/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 73,008.96 |
| 05/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 167,108.27 |
| 05/21 | SERVICE CHARGES - PRIOR PERIOD | 1,222.89 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 200,294.34 |
| 05/27 | Return Deposit Item    9999   99000785 | 770.00 |
| 05/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 117,673.55 |
| 05/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 9,488.57 |
| 05/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 2,814.29 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784341 | 168,380.12 |

Total other withdrawals, debits and service charges = $1,454,232.90

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 8,107.10 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 9,960.76 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 22,306.79 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 132,398.23 |
| 05/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 5,893.98 |
| 05/05 | TRANSFER   PAYPAL C2FC SPECIALTY HOSPITAL OF | 12,018.11 |
| 05/05 | REMOTE DEPOSIT | 90,000.00 |
| 05/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 10,090.90 |
| 05/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 10,144.66 |
| 05/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 1,412.02 |
| 05/07 | REMOTE DEPOSIT | 31.86 |
| 05/07 | REMOTE DEPOSIT | 130.00 |
| 05/07 | REMOTE DEPOSIT | 75,622.12 |
| 05/07 | REMOTE DEPOSIT | 96,705.00 |
| 05/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 2,100.39 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 1,223.49 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 1,781.37 |
| 05/12 | REMOTE DEPOSIT | 610.00 |
| 05/12 | REMOTE DEPOSIT | 9,088.00 |
| 05/12 | REMOTE DEPOSIT | 36,089.43 |
| 05/12 | REMOTE DEPOSIT | 80,873.26 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 573.00 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 612.68 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 915.62 |
| 05/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 175.75 |
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 80.12 |
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 243.29 |
| 05/15 | REMOTE DEPOSIT | 6,080.00 |
| 05/15 | REMOTE DEPOSIT | 7,731.31 |
| 05/15 | REMOTE DEPOSIT | 10,750.00 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 22,225.78 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 26,047.34 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 31,449.55 |
| 05/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 4,008.96 |
| 05/19 | REMOTE DEPOSIT | 69,000.00 |
| 05/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 5,487.50 |
| 05/20 | REMOTE DEPOSIT | 31,696.16 |
| 05/20 | REMOTE DEPOSIT | 31,754.55 |
| 05/20 | REMOTE DEPOSIT | 98,170.06 |
| 05/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 561.47 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 136.97 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 40,560.99 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 136,398.00 |
| 05/23 | REMOTE DEPOSIT | 171.85 |
| 05/23 | REMOTE DEPOSIT | 5,805.39 |
| 05/23 | REMOTE DEPOSIT | 17,882.56 |

*continued*



■ COLLATERAL RESERVE CHECKING 0005162859228 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 4,540.22 |
| 05/27 | REMOTE DEPOSIT | 10,679.33 |
| 05/27 | REMOTE DEPOSIT | 35,216.00 |
| 05/27 | REMOTE DEPOSIT | 68,008.00 |
| 05/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 1,064.44 |
| 05/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 3,952.84 |
| 05/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 4,471.29 |
| 05/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 2,814.29 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784317 | 1,304.31 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784333 | 31,036.17 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784325 | 75,091.80 |
| 05/30 | REMOTE DEPOSIT | 60,947.84 |
| Total deposits, credits and interest | | = $1,454,232.90 |

## AMENDMENT TO THE BUSINESS SERVICES PRICING GUIDE
## AND SELECT TREASURY SERVICES FEES

### Effective July 1, 2014

The following changes are being made to the Business Services Pricing Guide that you received when you opened your BB&T account. Also, important changes are being made to certain BB&T Treasury Services Fees. You may not be impacted by the fee changes listed, depending on your account activity and the services that you use. Custom pricing agreements will not be affected.

Continued use of your account after July 1, 2014, constitutes your acceptance of these changes. Except for the changes in this Amendment, the remainder of the Business Services Pricing Guide with BB&T is unchanged. If you do not have a copy of the Business Services Pricing Guide, contact your local BB&T financial center, your relationship manager, or call 1-800-BANK BBT (1-800-226-5228) to request a current copy.

**Business Value 200 and Basic Public Fund Checking**
Monthly Maintenance Fee*                              $12.00

*Maintenance fee can be avoided by meeting one of many available qualifiers. Please refer to the Business Services Pricing Guide for details.

**Business Analyzed Checking, Public Fund Analyzed Checking, Commercial Interest Checking, Public Special Money Rate Checking, Collateral Reserve Checking, Intercompany Checking, Brokered Regular Checking, and Personal Interest Checking Brokered**

Monthly Maintenance Fee                               $20.00
Coin and Currency, Per $1,000 Deposited*              $2.00

* Coin and Currency deposited amounts below the listed level remain at No Charge. Please refer to the Business Services Pricing Guide for details.

**All Commercial Deposit Accounts**
Deposit Correction   per item (Price increase effective August 1)    $7.50
Levy / Garnishment Fee (Price increase effective August 1)           $125.00
Outgoing Collection Item (Price increase effective August 1)         $25.00
Check Images with Statement (Price increase effective August 1)      $4.00
Early Account Closeout Fee (Price increase effective August 1)       to be charged within 180 days of account opening

**Treasury Services**



Page 1 of 6    05/30/14
DC    0005162784341
**DUPLICATE**

410-09-01-00 12209  0 C 001 30   50 003
BNF SPECIALTY HOSPITALS OF AMERICA LLC
SPECIALTY HOSPITALS OF AMERICA LLC
700 CONSTITUTION AVE NE
WASHINGTON DC   20002-6058

# Your account statement
For 05/30/2014

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

**It Pays for Businesses to Stick Together.**

From now through June 30, 2014, BB&T business checking account holders who refer other businesses can earn up to $400 - $100 for each established business checking account with BB&T (limit four). In addition, as an added bonus each business referred will also receive a $100 deposit in their newly opened checking account*.

To find out more, contact your local Relationship Manager for details.

*This offer applies to clients that open a new business checking account at a participating BB&T financial center by June 30, 2014. The new business checking account must be the first checking account the business has with BB&T to be eligible for the offer. Business checking accounts opened through BBT.com or BB&T Phone24, savings accounts and personal checking accounts are not eligible. Information will be reported to the IRS as required. Referred individuals must present and submit a referral form at account opening. See your financial center for a supply of referral forms. By providing and accepting and using the coupon included in the referral form, each party acknowledges that the other party may be a client of BB&T. All measures to protect client-sensitive information and confidentiality apply. In addition, each party understands that failure to receive an account bonus means that a referred account did not meet the offer criteria and does not imply that an account application was denied.

BB&T, Member FDIC.
© 2014, Branch Banking and Trust Company. All rights reserved.

## ■ BUSINESS ANALYZED CHECKING 0005162784341

### Account summary

| | |
|---|---|
| Your previous balance as of 04/30/2014 | $406,774.72 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 2,059,800.56 |
| Deposits, credits and interest | + 1,841,034.87 |
| Your new balance as of 05/30/2014 | = $188,009.03 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | ACH CORP DEBIT DERIVATIVE BBTNC Specialty Hospitals | 86,668.07 |
| 05/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 299.00 |
| 05/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 55,556.50 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 138.27 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 11,764.91 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 264,763.99 |
| 05/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 543.39 |
| 05/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 102,889.73 |
| 05/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 3,234.88 |
| 05/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 4,093.32 |
| 05/07 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005163020183 05-07-14 | 40,000.00 |
| 05/07 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 05-07-14 | 40,000.00 |

*continued*

## BUSINESS ANALYZED CHECKING 0005162784341 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 230.43 |
| 05/08 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005163020183 05-08-14 | 10,000.00 |
| 05/08 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 05-08-14 | 40,000.00 |
| 05/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 931.85 |
| 05/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 50,197.30 |
| 05/09 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005163020183 05-09-14 | 25,000.00 |
| 05/09 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 05-09-14 | 25,000.00 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 414.21 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 143,303.04 |
| 05/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 75.00 |
| 05/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 45,484.40 |
| 05/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 67,620.10 |
| 05/13 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 05-13-14 | 125,000.00 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 35.00 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 70,329.93 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 127,755.21 |
| 05/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 1,357.59 |
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 12,809.22 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 27,575.43 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 52,406.45 |
| 05/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 7,943.65 |
| 05/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 77,541.57 |
| 05/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 290.19 |
| 05/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 4,017.71 |
| 05/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 10,693.00 |
| 05/21 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784295 05-21-14 | 10,000.00 |
| 05/21 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162976925 05-21-14 | 15,000.00 |
| 05/21 | SERVICE CHARGES - PRIOR PERIOD | 4,869.01 |
| 05/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 56,726.62 |
| 05/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 65,511.74 |
| 05/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162901488 | 33.75 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 46,678.50 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 53,831.24 |
| 05/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 1,316.52 |
| 05/28 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING 0005162784260 05-28-14 | 177,000.00 |
| 05/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 3,020.00 |
| 05/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 5,760.00 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 321.28 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 3,480.00 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 80,288.56 |

Total other withdrawals, debits and service charges = $2,059,800.56

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 05/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 7,987.10 |
| 05/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 163,065.78 |
| 05/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 107,912.09 |
| 05/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 20,235.56 |
| 05/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 173,901.00 |
| 05/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 2,100.39 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 3,004.86 |
| 05/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784228 | 328,766.88 |
| 05/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 126,660.69 |
| 05/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 2,101.30 |
| 05/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 175.75 |
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 659.97 |
| 05/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 24,884.72 |
| 05/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 79,722.67 |
| 05/19 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 73,008.96 |
| 05/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 167,108.27 |
| 05/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784287 | 29.00 |

*continued*



Page 3 of 6     05/30/14
DC     0005162784341
**DUPLICATE**

■ BUSINESS ANALYZED CHECKING 0005162784341 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162784252 | 61,059.01 |
| 05/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 200,294.34 |
| 05/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 117,673.55 |
| 05/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 9,488.57 |
| 05/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 2,814.29 |
| 05/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER 0005162859228 | 168,380.12 |
| Total deposits, credits and interest | | = $1,841,034.87 |

## AMENDMENT TO THE BUSINESS SERVICES PRICING GUIDE
## AND SELECT TREASURY SERVICES FEES

### Effective July 1, 2014

The following changes are being made to the Business Services Pricing Guide that you received when you opened your BB&T account. Also, important changes are being made to certain BB&T Treasury Services Fees. You may not be impacted by the fee changes listed, depending on your account activity and the services that you use. Custom pricing agreements will not be affected.

Continued use of your account after July 1, 2014, constitutes your acceptance of these changes. Except for the changes in this Amendment, the remainder of the Business Services Pricing Guide with BB&T is unchanged. If you do not have a copy of the Business Services Pricing Guide, contact your local BB&T financial center, your relationship manager, or call 1-800-BANK BBT (1-800-226-5228) to request a current copy.

**Business Value 200 and Basic Public Fund Checking**
Monthly Maintenance Fee*                                                           $12.00

*Maintenance fee can be avoided by meeting one of many available qualifiers. Please refer to the Business Services Pricing Guide for details.

**Business Analyzed Checking, Public Fund Analyzed Checking, Commercial Interest Checking, Public Special Money Rate Checking, Collateral Reserve Checking, Intercompany Checking, Brokered Regular Checking, and Personal Interest Checking Brokered**

Monthly Maintenance Fee                                                            $20.00
Coin and Currency, Per $1,000 Deposited*                                           $2.00

* Coin and Currency deposited amounts below the listed level remain at No Charge. Please refer to the Business Services Pricing Guide for details.

**All Commercial Deposit Accounts**
Deposit Correction   per item (Price increase effective August 1)                  $7.50
Levy / Garnishment Fee (Price increase effective August 1)                         $125.00
Outgoing Collection Item (Price increase effective August 1)                       $25.00
Check Images with Statement (Price increase effective August 1)                    $4.00
Early Account Closeout Fee (Price increase effective August 1)                     to be charged within 180 days of account opening

**Treasury Services**

**ACH**
ACH Notification Change                                                            $3.00
ACH Transaction Reversal                                                           $20.00
ACH Return Items                                                                   $6.00
ACH Input File Received/Vendor                                                     $17.50